E-FILED
Thursday, 07 May, 2015 10:02:53 AM
Clerk, U.S. District Court, ILCD

MAY 06 2015

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. 15-30021 |
| JONATHAN EYMANN, and GARY LYONS | ) VIO:  21 U.S.C. § 846 and 841(a)(1) |
| | )          21 U.S.C. § 841 |
| | )          18 U.S.C. § 924(c) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

Beginning on an unknown date but not later than on or about July 20, 2013, and continuing to on or about July 21, 2013, in Montgomery County, in the Central District of Illinois and elsewhere,

**JONATHAN EYMANN and GARY LYONS**,

the defendants herein, knowingly and intentionally conspired and agreed with each other and with other persons known and unknown to distribute mixtures or substances containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(D).

### COUNT TWO

On or about July 21, 2013, in Montgomery County, in the Central District of Illinois,

**JONATHAN EYMANN and GARY LYONS,**

the defendants herein, aiding and abetting each other, knowingly and intentionally possessed with

the intent to distribute mixtures or substances containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about July 21, 2013, in Montgomery County, in the Central District of Illinois,

**GARY LYONS,**

the defendant herein, did knowingly carry a firearm, that is, a Smith and Wesson pistol bearing serial number HEC1871, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute mixtures or substances containing a detectable amount of marijuana, a Schedule I controlled substance, and aiding and abetting in the possession with the intent to distribute of mixtures or substances containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION ONE

The allegations contained in Count Three are hereby incorporated as though fully set forth herein for the purpose of charging criminal forfeiture to the United States of America pursuant to Title 18, United States Code, Section 924(d). As a result of committing an offense in violation of Title 18, United States Code, Section 924(c), as charged herein, the defendant, **GARY LYONS**, shall forfeit to the United States all firearms and ammunition involved in the particular aforesaid offense as set forth in Count Three above, including but not limited to:

(a) a Smith and Wesson pistol bearing serial number HEC1871.

## FORFEITURE ALLEGATION TWO

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to

Title 21, United States Code, Section 853.

As a result of the defendants' commission of the foregoing offenses alleged in Counts One and Two, the defendants,

**JONATHAN EYMANN** and **GARY LYONS**,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all interest that the defendants may have, individually and in association with others, in and to the following property:

(1)   Any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the violations alleged herein;

(2)   Any property used, or intended to be used in any manner or part, to commit or to facilitate the commission of the violations alleged herein;

Property to be forfeited herein pursuant to Title 21, United States, Code, Section 853, includes but is not limited to:

(a) a Cessna TR182 aircraft bearing serial number R18200787

A TRUE BILL,

s/ Foreperson

FOREPERSON

s/ John E. Childress

JAMES A. LEWIS
UNITED STATES ATTORNEY
BDF   BOF